No. 94–1328. LEGAL ECONOMIC EVALUATIONS, INC., ET AL. v. METROPOLITAN LIFE INSURANCE CO. ET AL. C. A. 9th Cir. Mo-

tion of Consumer Federation of America's Insurance Group for leave to file a brief as *amicus curiae* granted.  Certiorari denied.